UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-21122-BB

BENJAMIN GUERRERO,

      Plaintiff,

v.

CITY OF CORAL GABLES, a political
subdivision of the State of Florida, LEANDRO
IZQUIERDO, a resident of the State of Florida,
and ALVARO ESCALONA, a resident of
the State of Florida,

      Defendants.

_____/

## MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Plaintiff, BENJAMIN GUERRERO ("Mr. Guerrero"), respectfully requests a 14-day extension of time to file a Response in Opposition to LEANDRO IZQUIERDO, ALVARO ESCALONA, and the CITY OF CORAL GABLES (collectively the "Defendants") motion to dismiss the Complaint, which was filed on April 20, 2021. See [D.E. 7]. In support thereof, Mr. Guerrero states the following:

1. On March 24, 2021, Mr. Guerrero filed a Complaint against the Defendants for violating his right against illegal seizures pursuant to 42 U.S.C. 1983 and state law. [D.E. 1].

2. On April 20, 2021, the Defendants filed a motion to dismiss the Complaint, claiming that they are entitled to immunity. [D.E. 7].

3. Accordingly, Mr. Guerrero's response in opposition to the motion to dismiss is due tomorrow, May 5, 2021.

4. Between the time that the Defendants filed their motion to dismiss and the present date, undersigned counsel has had several pressing and complicated matters to resolve in other cases, including a matter before this Court[1]

5. As such, Mr. Guerrero seeks a 14-day extension of time to file a response to the Defendants' motion to dismiss, up to and including May 18, 2021.

6. Undersigned counsel contacted the Defendants' counsel and she indicated that the Defendants' do not oppose a 14-day extension of time for Mr. Guerrero to file a response to the motion to dismiss.

7. Undersigned counsel affirms that this request for an extension of time is made in good faith and is not intended to unnecessarily delay the proceedings.

WHEREFORE, Plaintiff Benjamin Guerrero respectfully requests that this Honorable Court enter an order allowing him until May 18, 2021 to file a response in opposition to the Defendants' motion to dismiss the Complaint.

Respectfully Submitted,

Hilton Napoleon Esq., FBN 17593
RASCO KLOCK  PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7100
Facsimile: 305.476.7102

*Counsel for the Plaintiff, Benjamin Guerrero*

By: /s/ *Hilton Napoleon, II*
    Hilton Napoleon, II

---

[1] See Gallego v. Perez et al, S.D. FL Case No. 20-cv-24374-BB, [D.E. 40].

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that on Friday, April 30, 2021, undersigned counsel conferred with opposing counsel regarding an extension of time to file a response to the motion to dismiss and opposing counsel indicated that she did not object.

> Hilton Napoleon Esq., FBN 17593
> RASCO KLOCK  PEREZ NIETO
> 2555 Ponce de Leon Blvd., Suite 600
> Coral Gables, Florida 33134
> Telephone: 305.476.7100
> Facsimile: 305.476.7102
>
> *Counsel for the Plaintiff, Benjamin Guerrero*
>
>
> By: /s/ *Hilton Napoleon, II*
>       Hilton Napoleon, II

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 3, 2021, I filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel and parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            By: /s/ *Hilton Napoleon, II*
                                                     Hilton Napoleon, II